# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY GRIESER, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 22-2696 |
| SUSQUEHANNA INTERNATIONAL : | |
| GROUP, LLP, : | |
| : | |
| Defendant. : | |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Susquehanna International Group, LLP, by and through its undersigned counsel, states that no parent corporation or any publicly held corporation owns 10% or more of Susquehanna International Group, LLP's stock.

Dated: September 23, 2022   Respectfully submitted,

/s/ *Frank A. Chernak*
Frank A. Chernak (Atty. I.D. 57602)
Brett M. Waldron (Atty. I.D. 316773)
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street, 21st Floor
Philadelphia, PA 19103
(215) 772-1500
fchernak@mmwr.com
bwaldron@mmwr.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

    I, Frank A. Chernak, hereby certify that on the 23rd day of September, 2022, the foregoing Disclosure Statement has been filed electronically and is available for viewing and downloading from the ECF system. I further certify that I caused a true and correct copy of same to be served upon all counsel of record via electronic filing.

Dated: September 23, 2022     /s/ *Frank A. Chernak*
                                                   Frank A. Chernak