IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY GRIESER, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 22-2696 |
| SUSQUEHANNA INTERNATIONAL : | |
| GROUP, LLP, | |
| : | |
| Defendant. : | |

## STIPULATION AND ORDER

Plaintiff Kimberly Grieser and Defendant Susquehanna International Group, LLP, by and through their respective undersigned counsel, hereby stipulate and agree, subject to the approval of this Court, that this matter is **STAYED**, under 9 U.S.C. § 3, pending arbitration pursuant to the parties' agreement.

The **CLERK OF COURT** shall place this matter in **SUSPENSE**.

Dated: September 23, 2022                    Respectfully submitted,

/s/ *David Koller*                           /s/ *Frank A. Chernak*
David M. Koller (Atty. I.D. 90119)           Frank A. Chernak (Atty. I.D. 57602)
Koller Law LLC                               Brett M. Waldron (Atty. I.D. 316773)
2043 Locust Street                           Montgomery McCracken Walker & Rhoads LLP
Suite 1B                                     1735 Market Street, 21st Floor
Philadelphia, PA 19103                       Philadelphia, PA 19103
(215) 545-8917                               (215) 772-1500
davidk@kollerlawfirm.com                     fchernak@mmwr.com
                                             bwaldron@mmwr.com

*Attorney for Plaintiff*                     *Attorneys for Defendant*


**APPROVED AND SO ORDERED:**


                                             _____
Dated: September __, 2022                    Paul S. Diamond, J.

-2-

**CERTIFICATE OF SERVICE**

    I, Frank A. Chernak, hereby certify that on the 23rd day of September, 2022, the foregoing Stipulation and Order has been filed electronically and is available for viewing and downloading from the ECF system.  I further certify that I caused a true and correct copy of same to be served upon all counsel of record via electronic filing.

Dated: September 23, 2022      /s/ *Frank A. Chernak*
    Frank A. Chernak